UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JENNIFER J. HYCOOP,

       Plaintiff,                        Case No. 1:15-CV-0795

v.

                                      HON. PAUL L. MALONEY

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant,
_____/

## JUDGMENT

In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that the Commissioner's decision is **AFFIRMED**.

Dated:    August 29, 2016          /s/ Paul L. Maloney
                                                  PAUL L. MALONEY
                                                  UNITED STATES DISTRICT JUDGE